WILLIAM G. MALCOLM #129271
BRIAN S. THOMLEY #275132
MALCOLM ♦ CISNEROS
A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
Telephone:      (949) 252-9400
Telecopier:     (949) 252-1032

Counsel for Bayview Loan Servicing, LLC, M&T Bank, and
Federal Home Loan Mortgage Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

| | |
|---|---|
| CYNTHIA COTTER,<br><br>   Plaintiff,<br><br>  v.<br><br>BAYVIEW LOAN SERVICING, LLC,<br>M&T BANK, FEDERAL HOME LOAN<br>MORTGAGE CORPORATION, and<br>DOES 1-100,<br><br>   Defendants. | Fed. Case No.<br><br>State Case No. RG15788773<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Defendants BAYVIEW LOAN SERVICING, LLC ("Bayview"), M&T BANK ("M&T"), and FEDERAL HOME LOAN MORTGAGE CORPORATION ("Freddie Mac") (collectively, "Defendants") submit the following Certificate of Interested Parties.

Defendants are unaware of any persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party to have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

///

///

1

1    Dated:  May 31, 2017

2                                            MALCOLM ◆ CISNEROS, a Law Corporation

3                                            By:___/s/ Brian S. Thomley_____
                                                    BRIAN S. THOMLEY
4                                                   Attorneys for Bayview Loan Servicing, LLC,
                                                    M&T Bank, and Federal Home Loan
5                                                   Mortgage Corporation

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERESTED PARTIES

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

On May 31, 2017, I served the foregoing document described as **CERTIFICATE OF INTERESTED PARTIES** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Plaintiff in Pro Per
Cynthia Cotter
3325 San Leandro Street
Oakland, CA 94601

[X]   (BY MAIL):  I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the firm's business practice of collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[X]   (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 31, 2017, at Irvine, California.

Christina Valenzuela

3

CERTIFICATE OF INTERESTED PARTIES